IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 15 PM 12: 22

ROBERT H. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JANETTE BLACKSHEAR,

    Plaintiff,

VS.                                    NO. 03-2535-Ma

SHELBY COUNTY HEALTH CARE CORP.
d/b/a THE REGIONAL MEDICAL
CENTER AT MEMPHIS,

    Defendant.

---

ORDER AMENDING SCHEDULE

---

Pursuant to plaintiff's May 13, 2005, motion to set new deadlines in this matter, the court held a status conference on May 31, 2005. Attending on behalf of the plaintiff was Kathleen Caldwell. Participating on behalf of the defendant were David Jaqua and Jessica Neal. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing mediation is July 15, 2005.
2. The deadline for completing discovery is August 31, 2005.
3. The deadline for filing potentially dispositive motions is September 30, 2005.
4. The parties will submit a joint proposed pretrial order by 5:00 p.m. on December 30, 2005.
5. A pretrial conference will be held on Friday, January 6, 2006, at 10:30 a.m.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-15-05

6.  The jury trial is reset to Tuesday, January 17, 2006, at 9:30 a.m. and is expected to take 2 to 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CV-02535 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT