```
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF TENNESSEE
             WESTERN DIVISION
```

FILED BY ___ D.C.

05 OCT 21 AM 9:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JANETTE BLACKSHEAR,

    Plaintiff,

VS.                          NO. 03-2535-MaV

SHELBY COUNTY HEALTH CARE CORP.,
d/b/a THE REGIONAL MEDICAL CENTER
AT MEMPHIS,

    Defendant.

## ORDER AMENDING SCHEDULE

Pursuant to the plaintiff's August 31, 2005, motion to extend discovery and other deadlines in this matter, the court held a status conference on October 5, 2005. Attending on behalf of the plaintiff was Kathleen Caldwell. Participating on behalf of the defendant were David Jaqua and Jessica Neal. For good cause shown, the court grants the motion and amends the schedule as follows:

1. Plaintiff's deadline for responding to the pending motion for summary judgment is November 30, 2005.

2. The deadline for completing mediation is November 15, 2005.

3. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on February 24, 2006.

4. A pretrial conference will be held on Friday, March 3, 2006, at 9:00 a.m.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05



5.  The jury trial is **reset** to Monday, March 13, 2006, at 9:30 a.m. and is expected to take 2 to 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 20th day of October, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:03-CV-02535 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT