IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 13 PM 5:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JANETTE BLACKSHEAR,

    Plaintiff,

VS.                            NO. 03-2535-MaV

SHELBY COUNTY HEALTH CARE CORP., ET AL.,

    Defendants.

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

Before the court is plaintiff's November 30, 2005, motion requesting an extension of time within which to file a response to the defendants' motion for summary judgment. For good cause shown, the motion is granted. The plaintiff shall have additional time to and including December 30, 2005, within which to file a response.

It is so ORDERED this 12th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CV-02535 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT