UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**JANETTE BLACKSHEAR,**
    **Plaintiff,**


**v.**                                                   **CASE NO: 03-2535-V**


**SHELBY HEALTHCARE CORPORATION,**
    **Defendant.**

---

### *JUDGMENT IN A CIVIL CASE*

    **Decision by Court.**   This action came for consideration before the Court after a Trial by Jury. The issues have been duly considered and a decision has been rendered.

    In accordance with the decision of the court granting defendant's oral Motion for Judgment As a Matter of Law under Rule 50, entered January 17, 2007, judgment is entered in favor of the defendant, Shelby County Healthcare Corporation, and against the plaintiff, Janette Blackshear.

    **IT IS SO ORDERED, this   19th   day of   January  , 2007.**


**APPROVED:**

  **S/Diane K. Vescovo**
**DIANE K. VESCOVO**
**U.S. MAGISTRATE JUDGE**


| | |
|---|---|
| **January 19, 2007** | **Thomas M. Gould** |
| **Date** | **Clerk of Court** |


                                                      *s/Betty A. Guy*

                                             **(By)  Deputy Clerk**